**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>ORMAN, TRAVIS B<br>ORMAN, JENNIFER J<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-05779 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois, 60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar

    on: **May 15, 2009**
    at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | | |
    |---|---|---|
    | a. Receipts | $ | 5,002.79 |
    | b. Disbursements | $ | 4.37 |
    | c. Net Cash Available for Distribution | $ | 4,998.42 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $1,250.28 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 0.00 | $2,391.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 0.00 | | $136.80 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $21,486.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.68%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery II assignee of | $ 654.16 | $ 37.16 |
| 2 | Discover Bank/DFS Services LLC | $ 6,069.27 | $ 344.71 |
| 3 | Chase Bank USA,N.A | $ 865.96 | $ 49.18 |
| 4 | Von Maur Inc | $ 701.52 | $ 39.84 |
| 5 | eCAST Settlement Corporation assignee of | $ 655.45 | $ 37.23 |
| 6 | eCAST Settlement Corporation assignee of | $ 4,620.53 | $ 262.42 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 7,919.71 | $ 449.80 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 17, 2009**          For the Court,

                                   **KENNETH S. GARDNER**
                                   Kenneth S. Gardner
                                   Clerk of the U.S. Bankruptcy Court
                                   219 S. Dearborn Street; 7th Floor
                                   Chicago, IL  60604

Trustee:  ILENE F. GOLDSTEIN
Address:  Law Offices of Ilene F. Goldstein, Chartered
          850 Central Ave.
          Suite 200
          Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                  Date Rcvd: Apr 17, 2009
Case: 07-05779                Form ID: pdf002              Total Served: 35


The following entities were served by first class mail on Apr 19, 2009.
db/jdb         +Travis B Orman,   Jennifer J Orman,   614 Lyon Ct,   Buffalo Grove, IL 60089-1046
aty            +Ilene F Goldstein,   Ilene F Goldstein Chartered,   850 Central Avenue,   Suite 200,
                 Highland Park, IL 60035-3278
aty            +Joseph P Doyle,   Law Office of Joseph P Doyle,   105 S Roselle Road,   Suite 203,
                 Schaumburg, IL 60193-1631
tr             +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
                 Highland Park, IL 60035-3278
11274438       +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
11274439       +Beneficial/Hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
11274440       +Bk Of Amer,   P.O. Box 7047,   Dover, DE 19903-7047
11274441       +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11274445       +Carmax Auto Finance,   2040 Thalbro St,   Richmond, VA 23230-3200
11274446       +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12226086       +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
11274447       +Chase-Bp,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11274448       +Chase/Cc,   225 Chastain Meadows Ct,   Kennesaw, GA 30144-5841
11274449       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11274452       +Citifinancial,   Po Box 499,   Hanover, MD 21076-0499
11274453       +Citimortgage Inc,   Po Box 9442,   Gaithersburg, MD 20898-9442
11274456        GMAC Mortgage,   P.O. Box 4622,   Waterloo, IA 50704-4622
11274457       +Hsbc Nv,   Po Box 19360,   Portland, OR 97280-0360
11274458       +Hsbc/Mitsu,   90 Christiana Rd,   New Castle, DE 19720-3118
11274460       +Peoples Bank,   850 Main St,   Bridgeport, CT 06604-4904
11274461       +Shell/Citi,   Po Box 6003,   Hagerstown, MD 21747-6003
11274462      ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
                (address filed with court: Von Maur Inc,   6565 Brady Street,   Davenport, IA 52806)
11274463       +Wash Mutual/Providian,   Po Box 660509,   Dallas, TX 75266-0509
11274465       +Wf Fin Ban,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
11274466       +Wffinance,   1191 E Dundee Rd,   Palatine, IL 60074-8306
12300308        eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
                 Newark NJ 07193-5480
12390184        eCAST Settlement Corporation assignee of,   Household Finance Corporation Beneficial,   POB 35480,
                 Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 18, 2009.
12657704       +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:49     Capital Recovery II,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12154126        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2009 04:29:25
                 Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11274454       +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2009 04:29:25     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
12397507       +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
                 FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11274455       +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2009 04:30:27     Gemb/Sams Club,   Po Box 981400,
                 El Paso, TX 79998-1400
11274459       +E-mail/PDF: cr-bankruptcy@kohls.com Apr 18 2009 04:29:23     Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
12657705        E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:48
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12141184       +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:48
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11274442*      +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11274443*      +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11274444*      +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11274450*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11274451*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11274464*      +Wash Mutual/Providian,   Po Box 660509,   Dallas, TX 75266-0509
                                                                                           TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Apr 17, 2009
Case: 07-05779                 Form ID: pdf002          Total Served: 35
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                    **Signature:**    *Joseph Speetjens*