# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ORMAN, TRAVIS B § Case No. 07-05779
       ORMAN, JENNIFER J §
                        §
Debtor(s)               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $43,300.00 |
| Total Distribution to Claimants: $1,220.83 | Claims Discharged Without Payment: $97,048.77 |
| Total Expenses of Administration: $3,782.45 | |

3) Total gross receipts of $ 5,003.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,003.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,782.45 | 3,782.45 | 3,782.45 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 76,783.00 | 21,486.60 | 21,486.60 | 1,220.83 |
| **TOTAL DISBURSEMENTS** | $76,783.00 | $25,269.05 | $25,269.05 | $5,003.28 |

4) This case was originally filed under Chapter 7 on March 31, 2007.
. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2009          By: /s/ILENE F. GOLDSTEIN
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 3.28 |
| **TOTAL GROSS RECEIPTS** | | **$5,003.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,250.28 | 1,250.28 | 1,250.28 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,391.00 | 2,391.00 | 2,391.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 136.80 | 136.80 | 136.80 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 4.37 | 4.37 | 4.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,782.45 | 3,782.45 | 3,782.45 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II assignee of | 7100-000 | N/A | 654.16 | 654.16 | 37.17 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,069.27 | 6,069.27 | 344.85 |
| Chase Bank USA,N.A | 7100-000 | N/A | 865.96 | 865.96 | 49.20 |
| Von Maur Inc | 7100-000 | N/A | 701.52 | 701.52 | 39.86 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 655.45 | 655.45 | 37.24 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 4,620.53 | 4,620.53 | 262.53 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 7,919.71 | 7,919.71 | 449.98 |
| Hsbc/Mitsu | 7100-000 | 2,621.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 1,565.00 | N/A | N/A | 0.00 |
| Citifinancial | 7100-000 | 10,057.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 8,969.00 | N/A | N/A | 0.00 |
| Chase/Cc | 7100-000 | 6,900.00 | N/A | N/A | 0.00 |
| Wash Mutual/Providian | 7100-000 | 7,164.00 | N/A | N/A | 0.00 |
| Wf Fin Ban | 7100-000 | 6,471.00 | N/A | N/A | 0.00 |
| Shell/Citi | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| Wash Mutual/Providian | 7100-000 | 7,754.00 | N/A | N/A | 0.00 |
| Wffinance | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| Peoples Bank | 7100-000 | 2,233.00 | N/A | N/A | 0.00 |
| Cap One Bk | 7100-000 | 687.00 | N/A | N/A | 0.00 |
| Chase-Bp | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 7,059.00 | N/A | N/A | 0.00 |
| Cap One Bk | 7100-000 | 1,538.00 | N/A | N/A | 0.00 |
| Cap One Bk | 7100-000 | 2,872.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase | 7100-000 | 3,762.00 | N/A | N/A | 0.00 |
| Cap One Bk | 7100-000 | 3,852.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 76,783.00 | 21,486.60 | 21,486.60 | 1,220.83 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-05779    **Trustee:** (330290)    ILENE F. GOLDSTEIN
**Case Name:** ORMAN, TRAVIS B    **Filed (f) or Converted (c):** 03/31/07 (f)
ORMAN, JENNIFER J    **§341(a) Meeting Date:** 05/11/07
**Period Ending:** 11/04/09    **Claims Bar Date:** 07/11/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 265,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 625.00 | 625.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 150.00 | 150.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL AND JEWELRY | 250.00 | 250.00 | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES | 18,000.00 | 5,200.00 | | 5,000.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES | 11,740.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.28 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | **$296,265.00** | **$6,225.00** | | **$5,003.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SOLD AN INTEREST IN A VEHICLE. THE TRUSTEE IS CURRENTLY CLOSING THE CASE.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2009    **Current Projected Date Of Final Report (TFR):**    June 30, 2009

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-05779  
**Case Name:** ORMAN, TRAVIS B  
ORMAN, JENNIFER J  
**Taxpayer ID #:** 35-6789166  
**Period Ending:** 11/04/09

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/05/08 | {7} | Travis Orman | Sale of personal property | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.47 | | 5,000.47 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.65 | | 5,001.12 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.54 | | 5,001.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.39 | | 5,002.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 5,002.40 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,002.60 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,002.79 |
| 03/04/09 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #07-05779 | 2300-000 | | 4.37 | 4,998.42 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,998.63 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,998.83 |
| 05/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 4,998.91 |
| 05/14/09 | | To Account #********3166 | TRANSFER TO CHECKING | 9999-000 | | 4,998.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,003.28 | 5,003.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,998.91 | |
| | | | **Subtotal** | | 5,003.28 | 4.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,003.28** | **$4.37** | |

{} Asset reference(s)

Printed: 11/04/2009 08:24 AM   V.11.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-05779  
**Case Name:** ORMAN, TRAVIS B  
ORMAN, JENNIFER J  
**Taxpayer ID #:** 35-6789166  
**Period Ending:** 11/04/09

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-66 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/09 | | From Account #********3165 | TRANSFER TO CHECKING | 9999-000 | 4,998.91 | | 4,998.91 |
| 05/18/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,250.28, Trustee Compensation; Reference: | 2100-000 | | 1,250.28 | 3,748.63 |
| 05/18/09 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,391.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,391.00 | 1,357.63 |
| 05/18/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $136.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 136.80 | 1,220.83 |
| 05/18/09 | 104 | Capital Recovery II assignee of | Dividend paid 5.68% on $654.16; Claim# 1; Filed: $654.16; Reference: | 7100-000 | | 37.17 | 1,183.66 |
| 05/18/09 | 105 | Discover Bank/DFS Services LLC | Dividend paid 5.68% on $6,069.27; Claim# 2; Filed: $6,069.27; Reference: | 7100-000 | | 344.85 | 838.81 |
| 05/18/09 | 106 | Chase Bank USA,N.A | Dividend paid 5.68% on $865.96; Claim# 3; Filed: $865.96; Reference: | 7100-000 | | 49.20 | 789.61 |
| 05/18/09 | 107 | Von Maur Inc | Dividend paid 5.68% on $701.52; Claim# 4; Filed: $701.52; Reference: | 7100-000 | | 39.86 | 749.75 |
| 05/18/09 | 108 | eCAST Settlement Corporation assignee of | Dividend paid 5.68% on $655.45; Claim# 5; Filed: $655.45; Reference: | 7100-000 | | 37.24 | 712.51 |
| 05/18/09 | 109 | eCAST Settlement Corporation assignee of | Dividend paid 5.68% on $4,620.53; Claim# 6; Filed: $4,620.53; Reference: | 7100-000 | | 262.53 | 449.98 |
| 05/18/09 | 110 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 5.68% on $7,919.71; Claim# 7; Filed: $7,919.71; Reference: | 7100-000 | | 449.98 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,998.91 | 4,998.91 | $0.00 |
| Less: Bank Transfers | 4,998.91 | 0.00 | |
| **Subtotal** | 0.00 | 4,998.91 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,998.91 | |

Net Receipts :        5,003.28  
_____  
Net Estate :         $5,003.28

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****31-65** | 5,003.28 | 4.37 | 0.00 |
| **Checking # ***-*****31-66** | 0.00 | 4,998.91 | 0.00 |
| | $5,003.28 | $5,003.28 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2009 08:24 AM    V.11.52